IT IS ORDERED as set forth below:



Date: June 12, 2017

Edward J. Coleman, III
United States Bankruptcy Court Judge

---

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

---

In re:
**Dorothy M. Bouton**
Debtor

Case No.: 14–40464–EJC

Judge: Edward J. Coleman III

Chapter: 13

---

**ORDER ON MOTION FOR RELIEF FROM STAY**
(Official Local Form B–55 / Revised October 2013)

MOVANT: Federal National Mortgage Association
SUBJECT PROPERTY: 1202 East 69th Street, Savannah, GA 31404

After notice and a hearing the motion is ordered:

☐ Granted.
    ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

    ☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ *Continued to at .*

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post–petition payment history to opposing counsel.

☐ Denied.

☒ **Denied on the condition that:**

    ☒ The debtor shall make timely post–petition payments to Movant as required by the Chapter 13 plan.

    ☒ The debtor shall tender payments to Movant or take other action as follows:

☒ Post-petition arrearage is $ 1483.56 through the May 1, 2017 payment due date, plus attorney's fee of $ 850.00 and court costs of $ 181.00 for a total arrearage of $ 2,514.56.

☒ Debtor shall pay to Movant the sum of $ 579.36 on or before June 2, 2017 which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of $ 322.53 per month beginning July 2017 and continuing on the 15th day of each successive month thereafter, with a final additional payment of $ 322.55 being due on or before Dec 15, 2017.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustments if provided in the contract) beginning June 1, 2017 and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number 4861 and shall be sent to the following address, depending on the type of payment:

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the _fact_ of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank. P. 3002.1 in the instant bankruptcy case prospectively from the date relief is granted.

☒ The strict compliance provision of this Order shall expire on January 15, 2019.

☒ Other provisions: §4001 is waived regarding the 14 day rule.

**NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.**

[END OF DOCUMENT]

No Opposition.

_____  _____  _____  _____
Attorney for Movant              Attorney for Respondent/Debtor    Debtor                               Trustee

Wendy A. Owens            BARBARA B BATTLE           Dorothy Barton            Laura A. Grifka, For The Chapter 13 Trustee
Name (print)                     Name (print)                         Name (print)                       Name (print)

557809                              078775                                                                          GA Bar #312055
GA Bar No:                         GA Bar No:

Order prepared and submitted by:
Name: Wendy A Owens
Phone: 912-210-0901
GA Bar No: 557809

Address:
111 E Oglethorpe Ave
Savannah, Georgia 31401

GASB-55e(eOrders Format Revision 2/15) CGC