**IT IS ORDERED as set forth below:**



**Date: June 12, 2017**

Edward J. Coleman, III
United States Bankruptcy Court Judge

___

# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re: Dorothy M. Bouton

Case No.: 14-40464-EJC
Judge: Edward J. Coleman, III
Chapter: 13

Debtor(s) Dorothy J. Bouton
Co-Debtor

### ORDER ON MOTION FOR RELIEF FROM STAY (Co-Debtor)
(Official Local Form B-55 / Revised October 2013)

MOVANT: Federal National Mortgage Association

SUBJECT PROPERTY: 1202 East 60th Street, Savannah, Georgia 31404

After notice and a hearing the Motion is ordered:

☐ Granted    ☐ The Trustee will discontinue distribution on the movant's claim and reduce movant's claim to the amount paid if no amended claim is filed within _____ days of this order.

☐ The Trustee shall reduce movant's claim relating to this collateral to the amount paid. Movant is granted leave to seek allowance of a deficiency claim, if appropriate.

☐ Continued to _____ at _____ ☐ am ☐ pm

☐ Continued. The Motion will not be reassigned until a minimum of seven (7) days after Movant files and serves a Request for Assignment of Continued Hearing. That request shall not be filed until discovery is complete, including, if applicable, providing a post-petition payment history to opposing counsel.

☐ Denied.

☒ Denied on the condition that.

    ☒ The Debtor shall make timely post-petition payments to Movant as required by the Chapter 13 plan.

    ☒ The Debtor shall tender payments to Movant or take other action as follows:

        Post-petition arrearage is __1483.56__ through the __May 1, 2017__ payment due date, plus attorney's fees of __$850.00__ and court costs of __$181.00__ for a total arrearage of __$2,514.56__.

☒ Debtor shall pay to Movant the sum of __$579.36__ on or before __June 9, 2017__ which sum shall be applied to the above-referenced total arrearage.

☒ Debtor shall cure the foregoing arrearage in full by making additional monthly payments to the Movant in the sum of __$322.53__ per month beginning __July 2017__ and continuing on the __15th__ day of each successive month thereafter, with a final additional payment of __$322.55__ being due on or before __December 15, 2017__.

☒ Debtor shall recommence making regular monthly payments to Movant, as same come due under the applicable loan documents, including any insurance premiums which may come due thereunder, (subject to adjustment if provided in the contract) beginning __June 1, 2017__, and maintain current monthly payments thereunder for the pendency of this case. All payments must include the last four digits of the account number __4861__ and shall be sent to the following address, depending on the type of payment:

STRICT COMPLIANCE IS ORDERED as follows:

☒ That in the event the debtor fails to comply with the terms of this order, the movant, through its attorney of record, may file an affidavit establishing the default, served upon the debtor and debtor's attorney. Upon the expiration of fourteen (14) days without the filing of a counter-affidavit by the debtor disputing the fact of default, an order will be entered lifting the automatic stay, converting the case to a Chapter 7 or dismissing the case without further motion, notice or hearing.

☐ If relief is granted under this Order, Movant and Trustee shall thereafter be relieved from complying with Fed. R. Bank, P. 3002.1 in the instant bankruptcy case prospectively from the date the relief is granted.

☒ The strict compliance provision of this Order shall expire on __January 15, 2018__

☐ Other provisions:

§4001 is waived regarding the 14 day rule.

NOTE TO COUNSEL: THE COURT REQUIRES ANY FORM MODIFICATIONS AND/OR NONCONFORMING TERMS TO BE PLACED IN THE "OTHER PROVISIONS" SECTION ABOVE, OR ON A SEPARATE PAGE.

[END OF DOCUMENT]

| Attorney for Movant | Attorney for Respondent/Debtor | Debtor | Trustee — No Opposition |
|---|---|---|---|
| Wendy A. Owens | Wessinger | | Laura A. Grifka, For The Chapter 13 Trustee |
| Name (print) | Name (print) | Name (print) | Name (print) |
| 557809 | 004630 | | GA Bar #312055 |
| GA Bar No.: | GA Bar No.: | | |

Order prepared and submitted by:

Name: Wendy A. Owens
GA Bar No.: 557809
Address: 111 E. Oglethorpe Ave, Savannah, Georgia 31401
Phone: 912-210-0901
Email: wowens@coastalempirelaw.com

GASB-55e (Rev. 02/2015)